**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000645**
**07-APR-2025**
**08:20 AM**
**Dkt. 24 OAWST**

NO. CAAP-24-0000645


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


KONA MIKE'S SURF ADVENTURES, LLC, SURF LESSONS HAWAII LLC
dba HAWAII LIFEGUARD SURF INSTRUCTORS,
KONA ADVENTURE DIVISION, INC., and TIFANI STEGEHUIS,
Plaintiffs-Appellees, v.
DAWN N.S. CHANG and DEPARTMENT OF LAND AND NATURAL RESOURCES,
Defendants-Appellants.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-23-0000423)


ORDER APPROVING STIPULATION FOR
DISMISSAL WITH PREJUDICE OF THE APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and McCullen JJ.)

Upon consideration of the March 21, 2025 Stipulation
for Dismissal With Prejudice of the Appeal (**Stipulation**) filed by
Defendants-Appellants Dawn N.S. Chang and Department of Land and
Natural Resources (**State**), the papers in support, and the record,
it appears that (1) the State and Plaintiffs-Appellees Kona
Mike's Surf Adventures, LLC, Surf Lessons Hawaii LLC dba Hawaii
Lifeguard Surf Instructors, Kona Adventure Division, Inc., and
Tifani Stegehuis stipulate to dismiss this appeal with prejudice
and each party shall bear their own attorneys' fees and costs,
(2) the parties' attorneys have signed the Stipulation, (3) the
appeal has not been docketed, and (4) Hawaiʻi Rules of Appellate
Procedure Rule 42(a) provides that where an appeal has not been

docketed, "the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties . . . ."

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 7, 2025.

> /s/ Katherine G. Leonard
> Acting Chief Judge
>
> /s/ Clyde J. Wadsworth
> Associate Judge
>
> /s/ Sonja M.P. McCullen
> Associate Judge